UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE AAA DOE, JANE BBB DOE, JANE
CCC DOE as next friend of Jane DDD Doe

    Plaintiff,

v.

MICHIGAN STATE UNIVERSITY; THE
BOARD OF TRUSTEES OF MICHIGAN
STATE UNIVERSITY; LAWRENCE
GERARD NASSAR (individual and official
capacity); USA GYMNASTICS, INC.; and
TWISTARS USA, INC. d/b/a GEDDERTS'
TWISTARS GYMNASTICS CLUB USA

    Defendants.

Lead Case No. 17-cv-00029
Member Case No. 17-cv-00254
Hon. Gordon J. Quist

STIPULATED ORDER
REGARDING THE LISTED
DEFENDANTS' DEADLINE TO
ANSWER OR OTHERWISE
RESPOND TO PLAINTIFFS'
COMPLAINT

**SINAS DRAMIS BRAKE BOUGHTON & MCINTYRE PC**
James F. Graves (P14288)
*Attorneys for Plaintiffs*
3380 Pinetree Rd
Lansing, MI 48911-4207
Tel: (517) 394-7500
jimgraves@sinasdramis.com

**MILLER JOHNSON PLC**
D. Andrew Portinga (P55804)
David J. Gass (P34582)
Rebecca L. Strauss (P64796)
*Attorneys for USA Gymnastics Inc.*
45 Ottawa, SW, Ste. 1100
P.O. Box 306
Grand Rapids, MI 49501-0306
Tel: (616) 831-1700
Fax: (616) 988-1772
portingaa@millerjohnson.com
gassd@millerjohnson.com
straussr@millerjohnson.com

**MILLER, CANFIELD, PADDOCK AND STONE, PLC**
Scott R. Eldridge (P66452)
Megan P. Norris (P39318)
Brian M. Schwartz (P69018)
*Attorneys for Defendants Michigan State University and the Michigan State University Board of Trustees*
One Michigan Ave Ste 900
Lansing, MI 48933-1370
Tel: (517) 483-4918
Fax: (517) 374-6304
eldridge@millercanfield.com
norris@millercanfield.com
schwartz@millercanfield.com

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Patrick Fitzgerald (admission pending)
Amy Van Gelder (admission pending)
Albert L. Hogan III (admission pending)
*Attorneys for Defendants Michigan State University and the Michigan State University Board of Trustees*

1

155 N. Wacker Drive
Chicago, Illinois 60606
Tel: (312) 407-0700
Fax: (312) 407-0411
Patrick.Fitzgerald@skadden.com
Amy.VanGelder@skadden.com
Al.Hogan@skadden.com

**ZAUSMER AUGUST & CALDWELL, P.C.**
Cameron R. Getto (P57300)
*Attorneys for Twistars USA Inc. doing business*
   *as Gedderts' Twistars Gymnastics Club USA*
   *and*
   *John Geddert*
31700 Middlebelt Rd., Ste. 150
Farmington Hills, MI 48334
Tel: (248) 851-4111
Fax: (248) 851-0100
cgetto@zacfirm.com

**STIPULATED ORDER REGARDING THE LISTED DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

THIS MATTER having come before the Court by way of the parties' stipulation, and the Court being otherwise fully advised in the premises, orders as follows:

Defendants Michigan State University and the Michigan State University Board of Trustees (collectively "MSU"), USA Gymnastics Inc. ("USAG"), and Twistars USA Inc. d/b/a Gedderts' Twistars Gymnastics Club USA ("Twistars"), have either been served with the complaint in member case No. 17-cv-00254, or have waived service. The defendants described above are referred to as the "Listed Defendants."

There are currently seven pending cases against the Listed Defendants involving related allegations: (1) *Denhollander, et al. v Michigan State University, et al.*, Case No. 17-cv-00029; (2) *Doe, et al v. Michigan State University, et al.*, Case No. 17-cv-00222; (3) *Doe v. Michigan State University, et al.*, Case No. 17-cv-00244; (4) *Doe, et al. v. Michigan State University, et al.*, Case No. 17-cv-00254; (5) *Lemke, et al. v. Michigan State University, et al.*, Case No. 17-cv-

00257; (6) *Doe, et al. v. Michigan State University, et al.*, Case No. 17-cv-00288; and (7) *Doe, et al. v. Michigan State University, et al.*, Case No. 17-cv-00349 (collectively, the "Lawsuits").

The Listed Defendants need not file their respective responses to Plaintiffs' complaints at this time or by the current deadlines under the applicable Court Rule. Rather, to ensure an orderly process, Plaintiff and the Listed Defendants (collectively, "the Parties") have been engaging in discussions regarding, among other matters, case management and an appropriate exchange of information.

Unless otherwise ordered by the Court, the Listed Defendants shall file their respective responses to Plaintiffs' complaints within sixty (60) days of the conclusion of such discussions, which shall occur upon mutual agreement of the Parties or when one Party notifies the others in writing of its intent to no longer participate in such discussions.

IT IS SO ORDERED.

Dated:  May 24, 2017             /s/ Gordon J. Quist
                                 United States District Judge

| **SINAS DRAMIS BRAKE BOUGHTON & MCINTYRE PC** | **MILLER, CANFIELD, PADDOCK AND STONE, PLC** |
|---|---|
| By: James F. Graves (w/ consent) <br> James F. Graves (P14288) <br> *Attorneys for Plaintiffs* <br> 3380 Pinetree Rd <br> Lansing, MI 48911-4207 <br> Tel: (517) 394-7500 <br> jimgraves@sinasdramis.com <br><br> Dated: May 23, 2017 | By:  Scott R. Eldridge <br> Scott R. Eldridge (P66452) <br> Megan P. Norris (P39318) <br> Brian M. Schwartz (P69018) <br> *Attorneys for Defendants Michigan State University and the Michigan State University Board of Trustees* <br> One Michigan Avenue <br> Suite 900 <br> Lansing, MI  48933 <br> (517) 483-4918 <br> eldridge@millercanfield.com <br> norris@millercanfield.com |

schwartz@millercanfield.com

Dated: May 23, 2017

| **MILLER JOHNSON PLC** | **ZAUSMER AUGUST & CALDWELL, P.C.** |
|---|---|
| By: <u>D. Andrew Portinga (w/ consent)</u><br>D. Andrew Portinga (P55804)<br>David J. Gass (P34582)<br>Rebecca L. Strauss (P64796)<br>*Attorneys for USA Gymnastics Inc.*<br>45 Ottawa, SW, Ste. 1100<br>P.O. Box 306<br>Grand Rapids, MI 49501-0306<br>Tel: (616) 831-1700<br>Fax: (616) 988-1772<br>portingaa@millerjohnson.com<br>gassd@millerjohnson.com<br>straussr@millerjohnson.com<br><br>Dated: May 23, 2017 | By: <u>Cameron R. Getto (w/ consent)</u><br>Cameron R. Getto (P57300)<br>*Attorneys for Twistars USA Inc. doing business as Gedderts' Twistars Gymnastics Club USA and John Geddert*<br>31700 Middlebelt Rd., Ste. 150<br>Farmington Hills, MI 48334<br>Tel: (248) 851-4111<br>Fax: (248) 851-0100<br>cgetto@zacfirm.com<br><br>Dated: May 23, 2017 |

29164815.1\060505-00040