UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JANE YMSU DOE, et al,

    Plaintiff,

v.                                                                                  Case No. 1:17-cv-29   1:17-cv-349

MICHIGAN STATE UNIVERSITY, et al,                      Hon. Gordon J. Quist

    Defendant(s).
_____/

ENTRY OF DEFAULT

It appearing from the files and records that affidavit for default has been duly filed and that defendant(s) **Lawrence Gerard Nassar** has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

NOW THEREFORE, on affidavit of counsel for plaintiff Jane YMSU Doe, et al and in accordance with the rules of this court, default is hereby entered against defendant(s) **Lawrence Gerard Nassar** according to Rule 55(a) of the Federal Rules of Civil Procedure.

CLERK OF COURT

/s/ M. Garcia

Dated:  May 31, 2017                                       _____
                                                           By:  Deputy Clerk