UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JANE AAA DOE, et al,

    Plaintiff,

v.                                                Case No. 1:17-cv-29   1:17-cv-254

MICHIGAN STATE UNIVERSITY, et al,        Hon. Gordon J. Quist

    Defendant(s).
_____/

ENTRY OF DEFAULT

It appearing from the files and records that affidavit for default has been duly filed and that defendant(s) **Lawrence Gerard Nassar** has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

NOW THEREFORE, on affidavit of counsel for plaintiff Jane AAA Doe, et al and in accordance with the rules of this court, default is hereby entered against defendant(s) **Lawrence Gerard Nassar** according to Rule 55(a) of the Federal Rules of Civil Procedure.

                                                                                                          CLERK OF COURT

                                                                                                        /s/ M. Garcia

Dated:  June 13, 2017                                                  _____
                                                                                 By:  Deputy Clerk