UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

RACHAEL DENHOLLANDER, et al.,

    Plaintiffs,

v.

MICHIGAN STATE UNIVERSITY, et al.,

    Defendants.

_____/

Hon. Gordon J. Quist

Case No. 1:17-cv-00029

## ORDER

This parties appeared by counsel at a Show Cause hearing on June 29, 2017.

IT IS HEREBY ORDERED that the Show Cause Order (ECF No. 95) is **dismissed**, and the Proposed Stipulated Protective Order (ECF No. 87) is **denied without prejudice**. No later than three weeks from the date of this order, the parties shall 1) submit a status report regarding progress made concerning a proposed omnibus protective order; 2) submit a status report in terms of a reasonable and efficient way to conduct discovery; 3) submit a proposal regarding how the various plaintiffs pursuing these matters under a pseudonym shall be identified to the defense attorneys in this matter without comprising their anonymity, 4) identify the basis on which each plaintiff claims the right to proceed under a pseudonym compliant with Sixth Circuit authority, *e.g., D.E. v. John Doe*, 834 F3d 724, 728 (6th Cir. 2016); and 5) submit a proposal in terms of how to identify those plaintiffs wishing to proceed anonymously in a manner that leads to less rather than more confusion.

IT IS SO ORDERED.

Date:  July 10, 2017                                        /s/ Ellen S. Carmody
                                                              ELLEN S. CARMODY
                                                              U.S. Magistrate Judge