**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| DENHOLLANDER, et al. ) | |
| ) | Lead Case No. 1:17-cv-00029-GJQ-ESC |
| Plaintiffs, ) | and all consolidated member cases: |
| ) | 1:17-cv-00222-GJQ-ESC |
| v. ) | 1:17-cv-00244-GJQ-ESC |
| ) | 1:17-cv-00254-GJQ-ESC |
| MICHIGAN STATE UNIVERSITY, ) | 1:17-cv-00257-GJQ-ESC |
| et al., ) | 1:17-cv-00288-GJQ-ESC |
| ) | 1:17-cv-00349-GJQ-ESC |
| Defendants. ) | 1:17-cv-00676-GJQ-ESC |
| ) | 1:17-cv-00684-GJQ-ESC |
| ) | |
| ) | Hon. Gordon J. Quist |
| ) | |
| ) | |

**JOINT OMNIBUS MOTION TO DISMISS OF DEFENDANTS MICHIGAN STATE
UNIVERSITY, BOARD OF TRUSTEES OF MICHIGAN STATE UNIVERSITY,
KATHIE KLAGES, DR. JEFFREY KOVAN, AND DR. WILLIAM STRAMPEL**

**ORAL ARGUMENT REQUESTED**

Defendants Michigan State University and the Board of Trustees of Michigan State University (collectively, "MSU") and defendants Kathie Klages, Dr. Jeffrey Kovan, and Dr. William Strampel (collectively, the "MSU Individuals" and, together with MSU, the "MSU Defendants"), by their respective attorneys, jointly move to dismiss all of the following Plaintiff Groups'[1] operative complaints (collectively, the "Complaints") in these consolidated cases:

- Plaintiff Group A's Fourth Amended Complaint (*see generally* PageID.5684-5877);[2]

---

[1] Plaintiff Groups are defined with reference to their pseudonyms; for example, Plaintiffs utilizing the Jane A[#] Doe naming convention make up Plaintiff Group A, Plaintiffs utilizing the Jane B[#] Doe naming convention make up Plaintiff Group B, Plaintiffs utilizing the Jane C[#] Doe naming convention make up Plaintiff Group C, etc.

[2] Citations to "PageID" refer to the docket in lead case *Denhollander v. Mich. State Univ.*, No. 17-cv-00029, unless otherwise noted.

- Plaintiff Group B's First Amended Complaint (*see generally* PageID.5361-5523);

- Plaintiff Group C's Third Amended Complaint (*see generally* PageID.5951-6096);

- Plaintiff Group D's Fourth Amended Complaint (*see generally* PageID.5524-5634);

- Plaintiff Group E's First Amended Complaint (*see generally* PageID.5878-5950);

- Plaintiff Group F's First Amended Complaint (*see generally* PageID.6106-6162); and

- Plaintiff Group G's First Amended Complaint (*see generally* 1:17-cv-00684 PageID.83-146).

This motion is brought under Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) in lieu of filing answers. In support of their motion, the MSU Defendants rely on the facts and legal arguments set forth in their attached brief.

Pursuant to Local Civil Rule 7.1(d), prior to filing their Joint Omnibus Motion to Dismiss, the MSU Defendants' counsel sought concurrence from all Plaintiffs' counsel. Plaintiffs' counsel expressly denied concurrence in writing on January 11, 2018 or otherwise failed to respond, thereby making this motion necessary.

WHEREFORE, for these reasons and those stated more fully in the attached brief, the MSU Defendants respectfully request that the Court grant this motion and dismiss Plaintiffs' Complaints in their entirety with prejudice, and award any other relief to which the MSU Defendants may be entitled, and the Court deems appropriate, under the circumstances.

Respectfully submitted,

/s/ *Patrick J. Fitzgerald*
Patrick J. Fitzgerald
Albert L. Hogan, III
Amy Lynn Van Gelder
Skadden Arps Slate Meagher & Flom LLP
**Attorneys for MSU, Board of Trustees of MSU**
155 N Wacker Dr., Ste. 2700
Chicago, IL 60606-1720
(312) 407-0700
patrick.fitzgerald@skadden.com

2

/s/ *Scott R. Eldridge* (w/ permission)
Scott R. Eldridge (P66452)
Megan P. Norris (P39318)
Brian M. Schwartz (P69018)
Miller, Canfield, Paddock and Stone P.L.C.
**Attorneys for MSU, Board of Trustees of MSU**
One Michigan Avenue, Suite 900
Lansing, MI  48933
(517) 483-4918
eldridge@millercanfield.com

/s/ *Steven F. Stapleton* (w/ permission)
Steven F. Stapleton (P51571)
Maria Cesira Fracassa Dwyer (P60946)
Clark Hill, P.L.C.
**Attorneys for Defendants Kathie Klages,**
**William D. Strampel, and Jeffrey R. Kovan**
200 Ottawa Ave., NW, Ste. 500
Grand Rapids, MI 49503
(616) 608-1145
sstapleton@clarkhill.com

4

## **Certificate of Service**

I hereby certify that on January 12, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

/s/ *Patrick J. Fitzgerald*
Patrick J. Fitzgerald