# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

| | |
|---|---|
| DENHOLLANDER, et al. | ) |
| | ) Lead Case No. 1:17-cv-00029-GJQ-ESC |
| Plaintiffs, | ) and Consolidated Cases: |
| | ) 1:17-cv-00222-GJQ-ESC |
| v. | ) 1:17-cv-00244-GJQ-ESC |
| | ) 1:17-cv-00254-GJQ-ESC |
| MICHIGAN STATE UNIVERSITY, | ) 1:17-cv-00257-GJQ-ESC |
| et al., | ) 1:17-cv-00288-GJQ-ESC |
| | ) 1:17-cv-00349-GJQ-ESC |
| Defendants. | ) 1:17-cv-00676-GJQ-ESC |
| | ) 1:17-cv-00684-GJQ-ESC |
| | ) 1:18-cv-00173-GJQ-ESC |
| | ) 1:18-cv-00174-GJQ-ESC |
| | ) 1:18-cv-00188-GJQ-ESC |
| | ) 1:18-cv-00377-GJQ-ESC |
| | ) 1:18-cv-00397-GJQ-ESC |
| | ) 1:18-cv-00433-GJQ-ESC |
| | ) 1:18-cv-00494-GJQ-ESC |
| | ) |
| | ) |
| | ) |
| | Hon. Gordon J. Quist |

**EXPEDITED CONSIDERATION REQUESTED**

**PLAINTIFFS' MOTION TO DISMISS CLAIMS WITHOUT PREJUDICE AGAINST DEFENDANTS USA GYMNASTICS, INC., TWISTARS USA, INC., AND JOHN GEDDERT AND IMMEDIATELY RE-FILE CLAIMS**

Plaintiffs in the above-listed lead and member cases in this consolidated action, through their respective undersigned attorneys, move this Court pursuant to Fed. R. Civ. P. 41(a)(2) for an order to voluntarily dismiss **without prejudice** certain causes of action against Defendants USA Gymnastics, Inc., ("USAG") Twistars USA, Inc., ("Twistars") and John Geddert ("Geddert") in light of the enactment of Michigan 2018 PA 183, MCL §600.5851b(3), which was signed into law by Michigan Lieutenant Governor Brian Calley on June 12, 2018. MCL §600.5851b(3) has the

1

effect of *inter alia* retroactively extending the statute of limitations for claims involving sexual abuse of a minor by a physician under the guise of medical treatment. MCL §600.5851b(3) provides a 90-day window to commence actions for claimants to avail themselves of the retroactivity afforded by act. The 90-day window of retroactivity afforded by MCL 600.5851b(3) expires on September 10, 2018, which necessitates Court's expedited consideration of the instant motion. **Therefore, Plaintiffs respectfully request that the Court consider and decide the instant motion prior to September 10, 2018.**

Since Plaintiffs in the above listed member cases commenced their actions prior to the enactment of MCL §600.5851b(3), the Gymnast Plaintiffs[1] seek to dismiss all claims against USAG, Twistars, and Geddert **without prejudice** and immediately refile a separate action against these Defendants for the purpose of availing themselves of the retroactivity afforded by MCL §600.5851b(3). Plaintiffs attempted to accomplish this administrative, logistical, and procedural step by way of stipulation on numerous occasions over the course of several months with Defendants USA Gymnastics, Inc., Twistars USA, Inc., and John Geddert to avoid the completely unnecessary incurrence of cost, time, expense, and waste of judicial resources, but Defendants categorically refused. As a result, Plaintiffs have been left with no other recourse but to file the instant motion with the intention of immediately refiling the exact same claims against these Defendants. This Motion is supported by the accompanying brief in support.

**Respectfully Submitted,**

---

[1] The Gymnast Plaintiffs are specifically defined in Footnote 2 of the accompanying Brief in Support.

Dated: August 31, 2018                     /s/ Mick S. Grewal_____
                                                         Mick S. Grewal (P48082)
                                                         David S. Mittleman (P37490)
                                                         John W. Fraser (P79908)
                                                         Church Wyble PC, a division of
                                                         Grewal Law, PLLC
                                                         Attorneys for Plaintiffs in Member Cases:
                                                         1:17-cv-00222-GJQ-ESC
                                                         1:17-cv-00288-GJQ-ESC
                                                         1:17-cv-00349-GJQ-ESC
                                                         2290 Science Parkway
                                                         Okemos, Michigan 48864
                                                         Ph.: (517) 372-1011
                                                         Fax: (517) 372-1031
                                                         E: mgrewal@4grewal.com
                                                         E: dmittleman@churchwyble.com
                                                         E: jfraser@4grewal.com


Dated: August 31, 2018          By:     /s/ Stephen R. Drew (with permission)
                                                          Stephen R. Drew (P24323)
                                                          Adam C. Sturdivant (P72285)
                                                          DREW, COOPER & ANDING
                                                          Attorneys for Plaintiffs in
                                                          Lead Case No. 1:17-cv-00029-GJQ-ESC
                                                          80 Ottawa Avenue NW, Suite 200
                                                          Grand Rapids, Michigan 49503
                                                          Phone: (616) 454-8300
                                                          E-mail: sdrew@dca-lawyers.com
                                                          E-mail: asturdivant@dca-lawyers.com


Dated: August 31, 2018          By:     /s/ John C. Manly (with permission)
                                                          John C. Manly (CA 149080)
                                                          Vince W. Finaldi (CA 238279)
                                                          Alex E. Cunny (CA 291567)
                                                          MANLY, STEWART & FINALDI
                                                          Attorneys for Plaintiffs in
                                                          Lead Case No. 1:17-cv-00029-GJQ-ESC
                                                          19100 Von Karman Avenue, Suite 800
                                                          Irvine, California 92612
                                                          Phone: (949) 252-9990
                                                          E-mail: jmanly@manlystewart.com
                                                         E-mail: vfinaldi@manlystewart.com
                                                          E-mail: acunny@manlystewart.com

Dated: August 31, 2018                                /s/ H. James White_____
                                                      H. James White (P56946)
                                                      White Law PLLC
                                                      Attorneys for Plaintiffs in Member Cases:
                                                      1:17-cv-00257-GJQ-ESC
                                                      1:18-cv-00433-GJQ-ESC
                                                      2549 Jolly Road, Ste. 340
                                                      Okemos, Michigan 48864
                                                      Ph.: (517) 316-1195
                                                      Fax: (517) 316-1197
                                                      E: jameswhite@whitelawpllc.com

Dated: August 31, 2018                                /s/ Andrew P. Abood_____
                                                      Andrew P. Abood (P43366)
                                                      Abood Law Firm
                                                      Attorneys for Plaintiffs in Member Case:
                                                      1:17-cv-00244-GJQ-ESC
                                                      246 E. Saginaw Street, Ste. 100
                                                      East Lansing, MI 48823
                                                      Ph.: (517) 332-5900
                                                      E: andrew@aboodlaw.com

Dated: August 31, 2018                                /s/ James F. Graves_____
                                                      James F. Gravis (P14288)
                                                      Sinas Dramis Brake Boughton &
                                                      McIntyre PC
                                                      Attorneys for Plaintiffs in Member Case:
                                                      1:17-cv-00254-GJQ-ESC
                                                      3380 Pinetree Road
                                                      Lansing, MI 48911
                                                      Ph.: (517) 394-7500
                                                      E: jimgraves@sinasdramis.com

Dated: August 31, 2018                                /s/ Thomas W. Waun_____
                                                      Thomas W. Waun (P34224)
                                                      Johnson Law, PLC
                                                      Attorneys for Plaintiffs in Member Case:
                                                      1:17-cv-00676-GJQ-ESC
                                                      10683 S. Saginaw Street, Ste. D
                                                      Grand Blanc, MI 48439
                                                      Ph.: (810) 695-6100
                                                      E: twaun@venjohnsonlaw.com

Dated: August 31, 2018 /s/ Steven C. Hurbis
Steven C. Hurbis (P80993)
McKeen & Associates PC
Attorneys for Plaintiffs in Member Case:
1:17-cv-00684-GJQ-ESC
645 Griswold Street, Ste. 4200
Detroit, MI 48226
Ph.: (313) 961-4400
E: shurbis@mckeenassociates.com

Dated: August 31, 2018 /s/ Muhammad Aziz
Muhammad Aziz
Abraham, Watkins, Nichols, Sorrels,
Agosto, & Aziz
Attorneys for Plaintiffs in Member Case:
1:18-cv-00433-GJQ-ESC
800 Commerce
Houston, TX 77002
Ph.: (712) 222-7211

Dated: August 31, 2018 /s/ Michelle Simpson Tuegel
Michelle Simpson Tuegel
Hunt & Tuegel PLLC
Attorneys for Plaintiffs in Member Case:
1:18-cv-00433-GJQ-ESC
425 Austin Avenue
ALICO Building, Ste. 1208
P.O. Box 726
Waco, TX 76703
Ph.: (254) 753-3738

Dated: August 31, 2018 /s/ Louis G. Corey
Louis G. Corey (P34377)
The Corey Law Firm
Attorneys for Plaintiffs in Member Cases:
1:18-cv-00173-GJQ-ESC
1:18-cv-00174-GJQ-ESC
1:18-cv-00188-GJQ-ESC
1:18-cv-00377-GJQ-ESC
1:18-cv-00494-GJQ-ESC
401 N. Main Street
Royal Oak, MI 48067
Ph.: (248) 549-9700
E: lou@coreylawfirm.com

5

Dated: August 31, 2018                    /s/ Lisa Michelle Esser
                                          Lisa Michelle Esser (P70628)
                                          Sommers Schwartz PC
                                          Attorneys for Plaintiffs in Member Case:
                                          1:17-cv-00254-GJQ-ESC
                                          1 Towne Square, Ste. 1700
                                          Southfield, MI 48076
                                          Ph.: (248) 355-0300
                                          E: lesser@sommerspc.com