UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

| | |
|---|---|
| JANE MB45 DOE,<br><br>                Plaintiff,<br><br>v.<br><br>MICHIGAN STATE UNIVERSITY; THE BOARD OF TRUSTEES OF MICHIGAN STATE UNIVERSITY; LAWRENCE GERARD NASSAR (individual and official capacity); WILLIAM D. STRAMPEL (individual and official capacity); JEFFREY R. KOVAN (individual and official capacity); DOUGLAS DIETZEL (individual and official capacity); GARY STOLLAK (individual and official capacity); DESTINY TEACHNOR-HAUK (individual and official capacity); KATHIE KLAGES (individual and official capacity); USA GYMNASTICS, INC.; TWISTARS USA, INC. d/b/a GEDDERTS' TWISTARS GYMNASTICS CLUB USA; JOHN GEDDERT (individually); and KATHRYN GEDDERT (individually),<br><br>                Defendants. | Lead Case No: 1:17-cv-00029<br><br>Member Case NO.: 1:18-cv-01027<br>Hon. Gordon J. Quist |

| | |
|---|---|
| Caleb Marker (P70963)<br>Ben Gubernick (P77912)<br>Attorneys for Plaintiff<br>ZIMMERMAN REED LLP<br>2381 Rosecrans Avenue, Suite 328<br>Manhattan Beach, CA 90245<br>Telephone: (877) 500-8780<br>caleb.marker@zimmreed.com<br>ben.gubernick@zimmreed.com<br><br>Jared S. Rapp (P81347)<br>Attorney for Plaintiff<br>LAW OFFICES OF JARED S. RAPP PLLC<br>4105 Lakeridge Ln.<br>Bloomfield Hills, MI 48302<br>jared.rapp@gmail.com | Mark J. Zausmer (P31721)<br>Cameron R. Getto (P57300)<br>ZAUSMER, AUGUST & CALDWELL, P.C.<br>Attorneys for Defendants Twistars, John Geddert and Kathryn Geddert<br>32255 Northwestern Hwy., Suite 225<br>Farmington Hills, MI  48334<br>(248) 851-4111 Fax: (248) 851-0100<br>E: mzausmer@zacfirm.com<br>E: cgetto@zacfirm.com |

{01958442}

## STIPULATION AND ORDER ALLOWING DEFENDANTS TWISTARS USA, INC., d/b/a GEDDERTS' TWISTARS GYMNASTICS CLUB, USA, JOHN GEDDERT AND KATHRYN GEDDERT TO FILE OVERLENGTH BRIEF

This matter having come before the Court by way of the parties' stipulation, and the Court being otherwise fully advised in the premises, orders as follows:

Defendants Twistars USA, Inc. d/b/a Gedderts' Twistars Gymnastics Club, USA, John Geddert and Kathryn Geddert have stated their intent to file a Motion to Dismiss. Plaintiff intends to resist the motion.

IT IS HEREBY AGREED by and between the parties that they may file overlength briefs for the Motion to Dismiss, the Response to the Motion to Dismiss, and the Reply to the Response to the Motion to Dismiss.

IT IS SO ORDERED.

Dated: _____                    _____
                                      United States District Court Judge


By: /s/ Caleb Marker (w/consent)          By:   /s/ Cameron R. Getto
    Caleb Marker (P70963)                       Cameron R. Getto (P57300)
    ZIMMERMAN REED LLP                          Zausmer, August & Caldwell, PC
    Attorney for Plaintiff                      Attorney for Defendants Twistars, John
    2381 Rosecrans Avenue, Suite 328            Geddert and Kathryn Geddert
    Manhattan Beach, CA 90245                   32255 Northwestern Hwy., Suite 225
    Telephone: (877) 500-8780                   Farmington Hills, MI 48334
    caleb.marker@zimmreed.com                   (248) 851-4111
                                                E: cgetto@zacfirm.com


Dated: October 25, 2018                   Dated: October 25, 2018

{01958442}                                2