## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**MEAGHAN WILLIAMS**  Lead Case No. 1:17-cv-00029-GJQ-ESC

Plaintiff,  Case No. 1:18-cv-01056

Hon. Gordon Quist

v.

**MICHIGAN STATE UNIVERSITY; THE BOARD OF TRUSTEES OF MICHIGAN STATE UNIVERSITY; MSU SPORTS MEDICINE CLINIC; LAWRENCE GERARD NASSAR; DOUGLAS DIETZEL; KATHIE KLAGES; JEFFREY R. KOVAN; BROOKE LEMMEN; LOU ANNA SIMON; KRISTINE MOORE; GARY STOLLAK; WILLIAM D. STRAMPEL; LIANNA HADEN; DESTINY TEACHNOR-HAUK**; USA **GYMNASTICS, INC.; TWISTARS USA, INC. d/b/a GEDDERTS' TWISTARS GYMNASTICS CLUB USA;** and **JOHN GEDDERT;** each in their respective official, principal, agent, individual, and all other capacities;

Defendants.

_____/

| | |
|---|---|
| ROBERT H. DARLING (P25523) | JOSEPH N. FRASER (P74419) |
| Robert H. Darling, PLLC | Law Offices of Johnston, Sztykiel, & Hunt |
| Co-Counsel for Plaintiff M. Williams | Co-Counsel for Plaintiff M. Williams |
| 217 Ann Arbor Road, Suite 302 | 3250 W. Big Beaver Road, Suite 500 |
| Plymouth, MI  48170 | Troy, MI 48084 |
| (734) 738-6597 | (248) 641-1800 |
| rdarling@robertdarlinglaw.com | jfraser@jshlawmi.com |

_____/

## AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Robert H. Darling, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. Robert H. Darling is the attorney for the Plaintiff in member case number 1:18-CV-1056.

2. Plaintiff's Complaint and Demand for Jury Trial was filed on September 10, 2018.

3. On October 9, 2018, a copy of the Summons and Complaint were personally served upon Lawrence Nassar, USP Coleman II, 864 NE 54th Terrace, Sumterville, Florida by Terry Moore.

4. On October 15, 2018, a copy of the Proof of Service upon Lawrence Nassar was filed with the Court Clerk for the U.S. District Court - Western District.

5. Pursuant to Fed.R.Civ.P. 4(3), Defendant, Lawrence Nassar, was required to file an answer to Plaintiff's Complaint by October 30, 2018.

6. As of the date of the filing of this Affidavit, more than 21 days has passed since Defendant, Lawrence Nassar, was personally served and no answer has been filed on his behalf.

7. Defendant, Lawrence Nassar, is neither a minor nor an incapacitated individual.

By: s/ Robert H. Darling
ROBERT H. DARLING (P25523)
Robert H. Darling, PLLC
Counsel for Plaintiff M. Williams
217 Ann Arbor Road, Suite 302
Plymouth, MI  48170
(734) 738-6597
rdarling@robertdarlinglaw.com

Dated: January 2, 2019

STATE OF MICHIGAN      )
                                 ) SS
COUNTY OF WAYNE        )

        Subscribed and sworn to before me by Robert H. Darling on the 2nd day of January, 2019 in Plymouth, Wayne County, Michigan.

/s/ Carol Schultz
Carol Schultz
Notary Public
Oakland County, Michigan
Acting in Wayne County, Michigan
My Commission Expires:  1-2-21