UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

RACHAEL DENHOLLANDER, et al.,

    Plaintiffs,

v.

MICHIGAN STATE UNIVERSITY, et al.,

    Defendants.

_____/

HON. GORDON J. QUIST

Lead Case No. 1:17-CV-29

Member Case No. 1:18-CV-173

# ORDER GRANTING MOTION
# FOR APPROVAL OF SETTLEMENT

Upon review of Plaintiff's Motion for Approval of Settlement and following a hearing on the motion, and the Court being otherwise fully advised,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Approval of Settlement (ECF No. 974) is **GRANTED**.

**IT IS FURTHER ORDERED** that the settlement amount for the minor settling Plaintiff, to be paid pursuant to a structured settlement, including attorney fees and costs, is approved.

Dated:  March 11, 2019

                                          /s/ Gordon J. Quist
                                          GORDON J. QUIST
                                          UNITED STATES DISTRICT JUDGE