UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RACHAEL DENHOLLANDER, et al., | Lead Case No. 1:17-cv-00029 |
| Plaintiffs, | Hon. Gordon J. Quist |
| v. | |
| MICHIGAN STATE UNIVERSITY, et al., | Member Case No. 1:17-cv-00222 |
| Defendants. | Member Case No. 1:17-cv-00244 |
| | Member Case No. 1:17-cv-00254 |
| | Member Case No. 1:17-cv-00257 |
| | Member Case No. 1:17-cv-00288 |
| | Member Case No. 1:17-cv-00349 |
| | Member Case No. 1:17-cv-00676 |
| | Member Case No. 1:17-cv-00684 |
| | Member Case No. 1:18-cv-00173 |
| | Member Case No. 1:18-cv-00174 |
| | Member Case No. 1:18-cv-00188 |
| | Member Case No. 1:18-cv-00256 |
| | Member Case No. 1:18-cv-00377 |
| | Member Case No. 1:18-cv-00397 |
| | Member Case No. 1:18-cv-00433 |
| | Member Case No. 1:18-cv-00491 |
| | Member Case No. 1:18-cv-00494 |
| | Member Case No. 1:18-cv-00640 |
| | Member Case No. 1:18-cv-00694 |
| | Member Case No. 1:18-cv-00732 |
| | Member Case No. 1:18-cv-00734 |
| | Member Case No. 1:18-cv-00758 |
| | Member Case No. 1:18-cv-00773 |
| | Member Case No. 1:18-cv-00806 |
| | Member Case No. 1:18-cv-00822 |
| | Member Case No. 1:18-cv-00828 |
| | Member Case No. 1:18-cv-00831 |
| | Member Case No. 1:18-cv-00842 |
| | Member Case No. 1:18-cv-00851 |
| | Member Case No. 1:18-cv-00886 |
| | Member Case No. 1:18-cv-00887 |
| | Member Case No. 1:18-cv-00915 |
| | Member Case No. 1:18-cv-00922 |
| | Member Case No. 1:18-cv-00944 |
| | Member Case No. 1:18-cv-00965 |
| | Member Case No. 1:18-cv-00968 |

Member Case No. 1:18-cv-00978
Member Case No. 1:18-cv-00981
Member Case No. 1:18-cv-00982
Member Case No. 1:18-cv-00987
Member Case No. 1:18-cv-00993
Member Case No. 1:18-cv-00999
Member Case No. 1:18-cv-01002
Member Case No. 1:18-cv-01004
Member Case No. 1:18-cv-01005
Member Case No. 1:18-cv-01007
Member Case No. 1:18-cv-01008
Member Case No. 1:18-cv-01010
Member Case No. 1:18-cv-01012
Member Case No. 1:18-cv-01013
Member Case No. 1:18-cv-01014
Member Case No. 1:18-cv-01016
Member Case No. 1:18-cv-01018
Member Case No. 1:18-cv-01019
Member Case No. 1:18-cv-01022
Member Case No. 1:18-cv-01024
Member Case No. 1:18-cv-01025
Member Case No. 1:18-cv-01027
Member Case No. 1:18-cv-01028
Member Case No. 1:18-cv-01029
Member Case No. 1:18-cv-01034
Member Case No. 1:18-cv-01036
Member Case No. 1:18-cv-01037
Member Case No. 1:18-cv-01038
Member Case No. 1:18-cv-01039
Member Case No. 1:18-cv-01041
Member Case No. 1:18-cv-01044
Member Case No. 1:18-cv-01045
Member Case No. 1:18-cv-01047
Member Case No. 1:18-cv-01049
Member Case No. 1:18-cv-01052
Member Case No. 1:18-cv-01054
Member Case No. 1:18-cv-01055
Member Case No. 1:18-cv-01056
Member Case No. 1:18-cv-01057
Member Case No. 1:18-cv-01058
Member Case No. 1:18-cv-01059
Member Case No. 1:18-cv-01060
Member Case No. 1:18-cv-01120
Member Case No. 1:18-cv-01121

                Member Case No. 1:18-cv-01122
                Member Case No. 1:18-cv-01123
                Member Case No. 1:18-cv-01124
                Member Case No. 1:18-cv-01169
                Member Case No. 1:18-cv-01258
                Member Case No. 1:18-cv-01296
                Member Case No. 1:18-cv-01314
                Member Case No. 1:18-cv-01345
                Member Case No. 1:18-cv-01346
                Member Case No. 1:18-cv-01347
                Member Case No. 1:18-cv-01348
                Member Case No. 1:18-cv-01349
                Member Case No. 1:18-cv-01350
                Member Case No. 1:18-cv-01351
                Member Case No. 1:18-cv-01352
                Member Case No. 1:19-cv-00070

## Notice of Order Entered by the United States Bankruptcy Court of the Southern District of Indiana

USA Gymnastics, Inc. hereby gives notice that the following, attached orders, were entered by the United States Bankruptcy Court for the Southern District of Indiana in the case of *In re USA Gymnastics, Inc.*, Case Number 18-09108-RLM-11:

1. Order Pursuant to 11 U.S.C. § 105 Enjoining the Continued Prosecution of Certain Pre-Petition Lawsuits (**Exhibit A**).

2. Agreed Stipulation and Order pursuant to 11 U.S.C. § 105 Enjoining the Continued Prosecution of Certain Pre-Petition Lawsuits (**Exhibit B**).

                                   MILLER JOHNSON
                                   Attorneys for Defendant USA Gymnastics, Inc.

Dated:  April 23, 2019         By    /s/ D. Andrew Portinga
                                         David J. Gass (P34582)
                                         D. Andrew Portinga (P55804)
                                         Rebecca L. Strauss (P64796)
                                         45 Ottawa Avenue SW, Suite 1100
                                         Grand Rapids, Michigan  49503
                                         (616) 831-1700