UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RACHAEL DENHOLLANDER, et al.,

    Plaintiffs,

v.                                                                                    Lead Case No. 1:17-CV-29

MICHIGAN STATE UNIVERSITY, et al.,                   HON. GORDON J. QUIST

    Defendants.
_____/

## ORDER OF CLARIFICATION

Order ECF No. 1123 in Lead Case No. 1:17cv29 setting a Rule 16 Scheduling Conference on June 13, 2019, is **clarified** to provide that only counsel for Plaintiffs with claims against the Michigan State University Defendants and counsel for the Michigan State University Defendants are required to attend the conference.

Dated:  May 17, 2019                                                  /s/ Gordon J. Quist
                                                                              GORDON J. QUIST
                                                            UNITED STATES DISTRICT JUDGE