**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| DENHOLLANDER, *et al.*,<br><br>                        Plaintiffs,<br><br>v.<br><br>MICHIGAN STATE UNIVERSITY, *et al.*,<br><br>                        Defendants. | Lead Case 1:17-cv-00029-GJQ-ESC and all consolidated member and related cases:<br>1:18-cv-00773-GJQ-ESC<br>1:18-cv-00806-GJQ-ESC<br>1:18-cv-00828-GJQ-ESC<br>1:18-cv-00829-GJQ-ESC<br>1:18-cv-00831-GJQ-ESC<br>1:18-cv-00886-GJQ-ESC<br>1:18-cv-00913-GJQ-ESC<br>1:18-cv-00915-GJQ-ESC<br>1:18-cv-00944-GJQ-ESC<br>1:18-cv-00968-GJQ-ESC<br>1:18-cv-00982-GJQ-ESC<br>1:18-cv-00987-GJQ-ESC<br>1:18-cv-00993-GJQ-ESC<br>1:18-cv-00995-GJQ-ESC<br>1:18-cv-01005-GJQ-ESC<br>1:18-cv-01006-GJQ-ESC<br>1:18-cv-01010-GJQ-ESC<br>1:18-cv-01012-GJQ-ESC<br>1:18-cv-01016-GJQ-ESC<br>1:18-cv-01018-GJQ-ESC<br>1:18-cv-01025-GJQ-ESC<br>1:18-cv-01027-GJQ-ESC<br>1:18-cv-01038-GJQ-ESC<br>1:18-cv-01042-GJQ-ESC<br>1:18-cv-01045-GJQ-ESC<br>1:18-cv-01046-GJQ-ESC<br>1:18-cv-01047-GJQ-ESC<br>1:18-cv-01056-GJQ-ESC<br>1:18-cv-01057-GJQ-ESC<br>1:18-cv-01058-GJQ-ESC<br>1:18-cv-01060-GJQ-ESC<br>1:18-cv-01169-GJQ-ESC<br>1:18-cv-01258-GJQ-ESC<br>1:19-cv-00178-GJQ-ESC<br>1:19-cv-00440-GJQ-ESC<br>1:19-cv-00579-GJQ-ESC<br>*Related Case:*<br>1:19-cv-00629-GJQ-ESC<br><br>Hon. Gordon J. Quist |

**<u>LOCAL RULE 7.1(d) CERTIFICATE OF CONCURRENCE</u>**

The undersigned hereby certifies, pursuant to Local Civil Rule 7.1(d), that prior to filing the MSU Defendants' Joint Omnibus Motion to Dismiss (ECF No. 1193 in Lead Case No. 1:17-cv-00029-GJQ-ESC, spread of record to all member cases, and ECF No. 9 in related case 1:19-cv-00629-GJQ-ESC) counsel for MSU sought concurrence from all Plaintiffs' counsel. Plaintiffs' counsel for all cases expressly denied concurrence, or otherwise failed to respond, thereby making this motion necessary.

Dated: August 26, 2019

                                              Respectfully submitted,

                                              /s/ *Amy L. Van Gelder*
                                              Amy L. Van Gelder
                                              Albert L. Hogan
                                              Jessica A. Frogge
                                              Skadden Arps Slate Meagher & Flom LLP
                                              155 N Wacker Dr., Ste. 2700
                                              Chicago, IL 60606-1720
                                              (312) 407-0700
                                              amy.vangelder@skadden.com

                                              /s/ *Scott R. Eldridge* (with permission)
                                              Scott R. Eldridge (P66452)
                                              Miller, Canfield, Paddock and Stone P.L.C.
                                              One Michigan Avenue, Suite 900
                                              Lansing, MI  48933
                                              (517) 483-4918
                                              eldridge@millercanfield.com

                                              *Attorneys for Defendants Michigan State University, Michigan State University Board of Trustees, and MSU Sports Medicine Clinic*

/s/ *Steven F. Stapleton* (with permission)
Steven F. Stapleton (P51571)
Clark Hill, P.L.C.
200 Ottawa Ave., NW, Ste. 500
Grand Rapids, MI 49503
(616) 608-1145

*Attorneys for Defendant William Strampel*


/s/ *Patrick F. Hickey* (with permission)
Patrick F. Hickey (P36648)
Hickey Hauck Bishoff & Jeffers, PLLC
One Woodward Ave., Ste. 2000
Detroit, MI 48226
(313) 964-8600

*Attorneys for Defendants Kathie Klages, Douglas Dietzel, and Destiny Teachnor-Hauk*


/s/ *Fred K. Herrmann* (with permission)
Fred K. Herrmann (P49519)
Kerr Russell & Weber PLC
500 Woodward Ave., Ste. 2500
Detroit, MI 48226-3427
(313) 961-0200

*Attorneys for Defendants Brooke Lemmen and Jeffrey Kovan*


/s/ *Scott L. Feuer* (with permission)
Scott L. Feuer (P38185)
Law Offices of Scott L. Feuer PC
888 W Big Beaver Rd., Ste. 850
Troy, MI 48084
(248) 723-7828

*Attorneys for Defendant Gary Stollak*

/s/ *Lee T. Silver* (with permission)
Lee T. Silver (P36905)
Silver & Van Essen P.C.
300 Ottawa Ave NW, Ste. 620
Grand Rapids, MI 49503
(616) 988-5600

*Attorneys for Defendants Lou Anna Simon and Lianna Hadden*


/s/ *Bryan R. Walters* (with permission)
Bryan R. Walters (P58050)
Varnum Riddering Schmidt & Howlett LLP
Bridgewater Place
333 Bridge St., NW
P.O. Box 352
Grand Rapids, MI 49501
(616) 336-6865

*Attorneys for Defendant Kristine Moore*

## **Certificate of Service**

I hereby certify that on August 26, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record.

/s/ *Amy L. Van Gelder*
Amy L. Van Gelder