# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DENHOLLANDER, et al. | ) |
|           Plaintiffs, | ) Lead Case No. 1:17-cv-00029-GJQ-ESC |
| v. | ) Member Case No. 1:18-cv-01012-GJQ-ESC |
| MICHIGAN STATE UNIVERSITY, et al., | ) Hon. Gordon J. Quist |
|           Defendants. | ) |

## LOCAL RULE 7.1(D) CERTIFICATE OF CONCURRENCE

The undersigned hereby certifies, pursuant to Local Civil Rule 7.1(d), that prior to filing Plaintiff Megan Holley's Motion and Brief for Voluntary Dismissal with Prejudice of Claims as to Defendants Michigan State University, the Board of Trustees of Michigan State University, Douglas Dietzel, Kathie Klages, Jeffrey Kovan, Brooke Lemmen, Gary Stollak, William Strampel, and Destiny Teachnor-Hauk Only (Dkt. No. 1197 of Lead Case 1:17-cv-00029) the Plaintiff's counsel sought concurrence from all Defendants' counsel. Defendants' counsel for Defendants Michigan State University, the Board of Trustees of Michigan State University, Douglas Dietzel, Kathie Klages, Jeffrey Kovan, Brooke Lemmen, Gary Stollak, William Strampel, and Destiny Teachnor-Hauk expressly concurred.

                                              Respectfully submitted,

                                              /s/ Mary Pat Rosen
                                              Mary Pat Rosen (P34992)
                                              Charfoos & Christensen, P.C.
                                              26622 Woodward Avenue, Suite 100
                                              Royal Oak, MI 48067
                                              Phone: 313-875-8080
                                              Email: mprosen@c2law.com
                                              *Attorney for Plaintiff Megan Holley*

## **PROOF OF SERVICE**

       I hereby certify that on August 27, 2019, I electronically filed the foregoing with the Clerk of the Court of the United State District Court for the Western District of Michigan. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                                    /s/ Mary Pat Rosen
                                                    Mary Pat Rosen
                                                    Charfoos & Christensen, P.C.
                                                    26622 Woodward Avenue, Suite 100
                                                    Royal Oak, MI 48067
                                                    Phone: 313-875-8080
                                                    Email: mprosen@c2law.com

                                                   *Attorney for Plaintiff Megan Holley*