UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

RACHAEL DENHOLLANDER, et al.,

    Plaintiffs,                                        HON. GORDON J. QUIST

v.                                                               Lead Case No. 1:17-CV-29

MICHIGAN STATE UNIVERSITY, et al.,

    Defendants.
_____/

# ORDER

The Court has reviewed the Amended Joint Status Report. The parties agree that the claims against the MSU Defendants have been dismissed and that the motions related to the MSU Defendants are moot. The claims against the non-MSU Defendants are stayed pursuant to the orders of the bankruptcy court order. (ECF Nos. 1109 and 1111.) Accordingly,

**IT IS HEREBY ORDERED** that the MSU Defendants' motion to dismiss (ECF No. 1193); the MSU Defendants' motion to strike (ECF No. 1258); Plaintiffs' motions to amend (ECF Nos. 1221, 1226, 1244, 1246, and 1262); and Plaintiffs' motion to supplement (ECF No. 1419) are **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that the Clerk's Office shall close Member Case 18-CV-1042 pursuant to the May 18, 2020, Notice of Voluntary Dismissal with Prejudice.

**IT IS FURTHER ORDERED** that in the interest of the effective administration of the Court's business, without prejudice to any party to these actions, the Lead Case 1:17-CV-29 and the pending Member Cases are hereby **ADMINISTRATIVELY CLOSED**. This closing is for administrative purposes only and does not constitute any decision on the merits. The parties shall notify the Court and move to reopen the cases when the bankruptcy proceedings are terminated,

the stay orders are lifted, or any other reason that would allow this Court to resume these proceedings.

Dated: November 25, 2020 /s/ Gordon J. Quist
GORDON J. QUIST
UNITED STATES DISTRICT JUDGE