## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

RACHAEL DENHOLLANDER, *et al.*,                  Lead Case No. 1:17-cv-29-GJQ-SJB

      Plaintiffs                                            HON. GORDON J. QUIST

v.

MICHIGAN STATE UNIVERSITY, *et al*.,

      Defendants.

_____/

### PLAINTIFFS' MOTION TO REOPEN CASE FOR THE LIMITED PURPOSE OF ESTABLISHING A QUALIFIED SETTLEMENT FUND FOR SETTLEMENT PROCEEDS FROM USA GYMNASTICS BANKRUPTCY

Plaintiffs, by their attorneys, file this Motion to Reopen the Case for the Limited Purpose

of Establishing a Qualified Settlement Fund for Settlement Proceeds from the USA Gymnastics

Bankruptcy. This Motion is filed pursuant to the Court's November 25, 2020 Order and Local

Rules 7.1, and 7.3 for the following lead and member cases:

|  |  |
|---|---|
| Lead Case No.: | 1:17-cv-00029 |
| Member Case Nos.: | 1:17-cv-00257 |
|  | 1:18-cv-01052 |
|  | 1:18-cv-01055 |
|  | 1:18-cv-01346 |
|  | 1:18-cv-01348 |

Plaintiffs' Motion is supported by an accompanying brief and a proposed order is submitted

for this Court's consideration.

Respectfully submitted,

Dated: June 30, 2022                    By:    /s/ Stephen R. Drew
                                      Stephen R. Drew (P24323)
                                      Drew Cooper & Anding
                                      80 Ottawa Ave., NW, Ste. 200
                                      Grand Rapids, MI 49503
                                      (616) 454-8300

/s/ John Manly (with permission)
John Manly
Manly, Stewart & Finaldi
19100 Von Karman Ave., Ste. 800
Irvine, CA 92612
(949) 252-9990

*Attorneys for Plaintiffs*
Lead Case No.:
1:17-cv-00029-GJQ-SJB

Member Case Nos.:
1:18-cv-01055-GJQ-SJB
1:18-cv-01346-GJQ-SJB

/s/James White (with permission)
James White (P56946)
White Law PLLC
2459 Jolly Rd., Ste. 340
Okemos, MI 48864
(517) 316-1195

*Attorney for Plaintiffs*
Member Case Nos.:
1:17-cv-00257-GJQ-SJB
1:18-cv-01052-GJQ-SJB
1:18-cv-01059-GJQ-SJB
1:18-cv-01348-GJQ-SJB

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2022, I electronically filed the foregoing document with

the Clerk of the Court using the ECF system which will send notification of such filing to all

attorneys of record.

Dated: June 30, 2022          By:     /s/ Stephen R. Drew
                                      Stephen R. Drew (P24323)
                                      Adam C. Sturdivant (P72285)
                                      DREW, COOPER & ANDING
                                      Attorneys for Plaintiffs
                                      80 Ottawa Avenue NW, Suite 200
                                      Grand Rapids, Michigan 49503
                                      Phone: (616) 454-8300
                                      E-mail: sdrew@dca-lawyers.com
                                      E-mail: asturdivant@dca-lawyers.com