**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION**

RACHAEL DENHOLLANDER, *et al.*                    Case No. 1:17-cv-00029-GJQ-SJB

        Plaintiffs,                                    HON. GORDON J. QUIST

v.

MICHIGAN STATE UNIVERSITY, *et al.*,

        Defendants.

_____/

**PLAINTIFFS' BRIEF IN SUPPORT OF MOTION TO REOPEN CASE FOR THE LIMITED PURPOSE OF ESTABLISHING A QUALIFIED SETTLEMENT FUND FOR SETTLEMENT PROCEEDS FROM USA GYMNASTICS BANKRUPTCY**

### I.   INTRODUCTION

This Request is brought by the 147 Bankruptcy Claimants[1] (the "Moving Parties") represented by the law firms of Drew Cooper & Anding, Manly, Stewart & Finaldi, and White Law PLLC, who seek to have the Court administratively open the above-titled matter, to create a Qualified Settlement Fund ("QSF"), to be approved by the Court. Though the actual documents to create the QSF will be filed for approval separately, this present request of the Court is only to limitedly open the case, in order for this QSF to be created. This is the only limited purpose for which the Plaintiffs seek to re-open the pending matter at this time.

### II.  MEMORANDUM OF LAW

The administrative closure of a case is not a final order, and is often used by district courts to manage dockets:

> An administrative closure is a docket managing device that does not have any substantive or procedural adverse effect upon the rights of the parties in this case. *In re Heritage Sw. Med. Grp. PA*, 464 F. App'x 285, 287 (5th Cir. 2012); see also *Shewchun v. Holder*, 658 F.3d 557, 567 (6th Cir. 2011) (administrative closure "is

---

[1] The law firms of Drew Cooper & Anding, Manly, Stewart & Finaldi, and, White Law PLLC collectively represent 147 claimants from the USA Gymnastics Bankruptcy Proceeding, for which the requested Qualified Settlement Fund ("QSF") is sought to facilitate fund distribution and lien resolution.

merely an administrative convenience which allows the removal of cases from the calendar in appropriate situations."); *Dees v. Billy*, 394 F.3d 1290, 1294 (9th Cir. 2005). The practical "effect of an administrative closure is the same as a stay, except that it affects the count of active cases pending on the court's docket." *Thacker v. Colson*, No. 12-2784, 2012 WL 5288804, at *2 (W.D. Tenn. Oct. 23, 2012).

*Gordon v. Royal Palm Real Estate Inv Fund I, LLP*, No. 2:09-cv-11770, PageID.1565-1567, 2013 WL 12420136, at *1 (E.D. Mich., October 24, 2013).

## III.    RELEVANT PROCEDURAL HISTORY

While the Court has requested responses to two (2) separate inquiries as to the status of the bankruptcy proceeding *In Re USA Gymnastics*, Case No. 18-09108-RLM-11 (which will be addressed separately in a Joint Status Report, as ordered), this Request is brought prior to that July 8, 2022 deadline (PageID.37438-37439) given the pressing need to have the QSF setup expediently. Given that the funds from the Trust created in the confirmed Bankruptcy Plan are now able to be distributed (at least in part) to claimants, time is of the essence in creating the QSF, such that lien resolution can commence, funds can be deposited into the QSF, and such that funds can be distributed from the QSF. Given that many clients have a need for funds for necessary services (including therapy services), it is imperative that the QSF be set up expediently to facilitate those necessary funds being distributed.

As such, the Plaintiffs request that the Court limitedly, administratively open the instant matter, and permit these Moving Parties to submit the necessary documentation to create the QSF.

## IV.    FACTUAL BACKGROUND

On December 5, 2018, USA Gymnastics Inc. commenced its Chapter 11 Case (the "Case") by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

On December 16, 2021, after over three years of extensive and uncertain litigation in the bankruptcy proceeding entitled *In Re: USA Gymnastics*, Case No. 18-09108-RLM-11,  the Court entered its *Findings of Fact, Conclusions of Law, and Order Confirming the Modified Third Amended Joint Chapter 11 Plan of Reorganization Proposed by USA Gymnastics and the Additional Tort Claimants Committee of Sexual Abuse Survivors* ("Confirmation Order"), which approved the resolution of the pending bankruptcy action, which provided a trust of $380 million

dollars for sexual abuse survivors. The effective date of the Bankruptcy Plan was April 25, 2022, and since then, the funds have been within the Trust established by the Bankruptcy Plan, for the Moving Parties herein.

The undersigned counsel collectively represents 147 claimants from the Bankruptcy Proceeding who were allocated settlement funds. Presently, the funds allocated to these individuals in the Bankruptcy Proceeding are being held within the Trust that has been created through the Bankruptcy Plan. To facilitate robust lien resolution, ensure safe and secure transmission of the funds to clients, and permit clients to utilize structured settlement options with annuity companies, a QSF is vital and necessary.

As was previously approved by this Court in response to the settlement with Michigan State University ("MSU"), the Plaintiffs here similarly seek a QSF to handle those same duties and responsibilities, to facilitate the resolution of liens, distribution of funds, and payment of annuities to structured settlement companies. *See* PageID.16580-16596. *See also*, PageID.16934-16938 (Order Granting Unopposed Stipulation of Plaintiffs to Establish Settlement Fund and Appoint Garretson Resolution Group as QSF Trustee).

Presently, this matter has been Administratively Closed as of November 25, 2020, and thus, these Moving Parties need the lead and respective member cases opened for the limited purpose of being able to establish the QSF. As this matter pertains to a subset of the bankruptcy Claimants, and because Court approval is required for the establishment of a QSF, this Motion is filed separately from the forthcoming Joint Status Report, and all remaining issues raised in the Court's June 8, 2022 Order (ECF NO. 1526) will be addressed jointly per the Court's Order and request.

## V. REQUEST FOR RELIEF

For the reasons stated herein, the Moving Parties request that the Court reopen the Lead Case and all related Consolidated Member Cases for the limited purpose of allowing the Moving Parties to file documentation necessary to establish a QSF for the proceeds of the resolution of Moving Parties' claims from the *In Re USA Gymnastics* Bankruptcy case.

Respectfully submitted,

Dated: June 30, 2022                     By:     /s/ Stephen R. Drew
                                                 Stephen R. Drew (P24323)
                                                 Drew Cooper & Anding
                                                 80 Ottawa Ave., NW, Ste. 200
                                                 Grand Rapids, MI 49503
                                                 (616) 454-8300

                                                 /s/ John Manly
                                                 John Manly
                                                 Manly, Stewart & Finaldi
                                                 19100 Von Karman Ave., Ste. 800
                                                 Irvine, CA 92612
                                                 (949) 252-9990

                                                 *Attorneys for Plaintiffs*
                                                 Lead Case No.:
                                                 1:17-cv-00029-GJQ-SJB

                                                 Member Case Nos.:
                                                 1:18-cv-01055-GJQ-SJB
                                                 1:18-cv-01346-GJQ-SJB

                                                 /s/James White
                                                 James White (P56946)
                                                 White Law PLLC
                                                 2459 Jolly Rd., Ste. 340
                                                 Okemos, MI 48864
                                                 (517) 316-1195

                                                 *Attorney for Plaintiffs*
                                                 Member Case Nos.:
                                                 1:17-cv-00257-GJQ-SJB
                                                 1:18-cv-01052-GJQ-SJB
                                                 1:18-cv-01059-GJQ-SJB
                                                 1:18-cv-01348-GJQ-SJB

## CERTIFICATE OF SERVICE

I hereby certify that on June 30th, 2022, I electronically filed the foregoing document with the Clerk of Court using the Court's ECF system which will send notification of such filing to all attorneys of record.

Dated: June 30, 2022

By:    /s/ Stephen R. Drew
Stephen R. Drew (P24323)
Adam C. Sturdivant (P72285)
DREW, COOPER & ANDING
Attorneys for Plaintiffs
80 Ottawa Avenue NW, Suite 200
Grand Rapids, Michigan 49503
Phone: (616) 454-8300
E-mail: sdrew@dca-lawyers.com
E-mail: asturdivant@dca-lawyers.com