**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| DENHOLLANDER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Lead Case No. 1:17-cv-00029-GJQ-SJB |
| v. | ) | and all consolidated member cases |
| | ) | |
| MICHIGAN STATE UNIVERSITY, et al., | ) | |
| | ) | Hon. Gordon J. Quist |
| Defendants. | ) | |
| | ) | |
| | ) | |

**UNOPPOSED MOTION TO EXTEND THE TIME TO FILE THE JOINT DISMISSAL**
**AND STIPULATED ORDER TO EXTEND TIME TO FILE JOINT DISMISSAL**

Pursuant to and in accordance with the Court's Order regarding a joint dismissal, (PageID.37732), the parties represent that they have been working diligently to prepare and submit the required joint dismissal.

However, given that plaintiffs' counsel for a small number of member cases have not yet responded to the request for permission to add their signatures to the joint dismissal, and one Plaintiff has declined to provide permission for dismissal at this time, the parties hereby move the Court to extend the time to file the joint dismissal until August 31, 2022.

**IT IS SO ORDERED.**

Dated: August __, 2022          By: _____

GORDON J. QUIST
UNITED STATES DISTRICT JUDGE

Dated: August 12, 2022

Respectfully submitted,

 /s/ *Stephen R. Drew*

Stephen R. Drew (P24323)
Adam C. Sturdivant (P72285)
DREW COOPER & ANDING
Attorneys for Plaintiffs
80 Ottawa Avenue NW, Suite 200
Grand Rapids, Michigan 49503
(616) 454-8300

*Signing on behalf of all Plaintiffs' attorneys*

/s/ *Cameron R. Getto*  (with permission)
Cameron R. Getto (P57300)
ZAUSMER, AUGUST & CALDWELL P.C.
32255 Northwestern Highway, Suite 225
Farmington Hills, MI 48334
(248) 851-4111

*Attorney for Defendants Twistars USA Inc.,*
*John Geddert, and Kathryn Geddert*

/s/ *Rebecca L. Strauss* (with permission)
Rebecca L. Strauss (P64796)
MILLER JOHNSON
45 Ottawa Avenue SW, Suite 1100
P.O. Box 306
Grand Rapids, Michigan 49501-0306

*Attorneys for Defendants USA Gymnastics*

/s/ *John R. Oostema*   (with permission)
E. Thomas McCarthy, Jr. (P28714)
John R. Oostema (P26891)
SMITH HAUGHEY RICE & ROEGGE
100 Monroe Center NW
Grand Rapids, MI 49503-2802
616-774-8000

*Attorney for Defendant United States Olympic*
*and Paralympic Committee*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

Dated: August 12, 2022

Respectfully submitted,

/s/ *Stephen R. Drew*
Stephen R. Drew (P24323)
Adam C. Sturdivant (P72285)
DREW, COOPER & ANDING
Attorneys for Plaintiffs
80 Ottawa Avenue NW, Suite 200
Grand Rapids, Michigan 49503
(616) 454-8300